**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSEPH ODISH, SAHAR ABROO,
and CRANBROOK CAPITAL
CONSULTING GROUP, LLC,

      Plaintiffs,

                                  Case No. 13-13799

v.                                Hon. Gerald E. Rosen

                                Magistrate Judge David R. Grand

ROBERT ROSEN, ROSEN &
ASSOCIATES, P.C., and DOE
DEFENDANTS 1-50,

      Defendants.

_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         April 17, 2014        

      PRESENT:  Honorable Gerald E. Rosen
                      Chief Judge, United States District Court

      In a Report and Recommendation ("R & R") issued on February 26, 2014,

Magistrate Judge David R. Grand recommends that the Court grant in part a motion to

dismiss or transfer venue filed by Defendants Robert Rosen and Rosen & Associates,

P.C., and that the complaint filed by Plaintiffs Joseph Odish, Sahar Abroo, and Cranbrook

Capital Consulting Group, LLC be dismissed without prejudice for lack of subject matter

jurisdiction.  Plaintiffs have not filed any objections to the R & R, and the time for doing

so has passed.  Having reviewed the Magistrate Judge's R & R, Defendants' underlying

motion to dismiss or transfer venue, and the remainder of the record, the Court fully concurs in the analysis of the Magistrate Judge and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's February 26, 2014 Report and Recommendation (docket #42) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Defendants' December 19, 2013 motion to dismiss or transfer venue (docket #27) is GRANTED IN PART to the extent that it seeks the dismissal of this action for lack of subject matter jurisdiction, and is otherwise DENIED AS MOOT.  In light of this ruling, IT IS FURTHER ORDERED that Defendants' February 26, 2014 motion to strike (docket #41) is DENIED AS MOOT, as the February 25, 2014 "statement" that is the subject of this motion has played no role in the Court's determination of the proper disposition of this suit.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  April 17, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 17, 2014, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135